ANNA HUGHES, as Administratrix of the Estate of JAMES HUGHES, Deceased, Respondent, *v.* ELECTRIC LIGHT AND POWER COMPANY OF SYRACUSE, Appellant.

*Hughes* v. *Electric Light & Power Co. of Syracuse*, 129 App. Div. 931, affirmed.

(Argued January 7, 1910; decided January 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 12, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through the defendant's negligence.

*W. P. Goodelle* for appellant.

*Thomas Hogan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BART-LETT, HISCOCK and CHASE, JJ. Absent: EDWARD T. BARTLETT, J.